ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In Re
The United States of America
Relator Douglas B. Bennett and
CHESTER PAUL; brown

SEALED
Civil No. 05-1536

Plaintiffs

v.

Fred Monem

Defendant

Notice of Appeal to
United States Court of Appeals
for the District of Columbia Circuit

Douglas B. Bennett and Chester Paul Brown, the plaintiffs, appeals to the United States Court of Appeals for the District of Columbia Circuit from the order of the District Court for the District of Columbia entered in this case on October 21, 05. Order to send case to Oregon Courts.

The parties to the Order appealed from and the names and addresses of their respective attorneys are as follows: Plaintiffs Pro Se. Defendant: Oregon Attorney General, 1162 Court St. N.E., Salem OR, 97201-4096.

Dated this 5th day of December, 2005

Douglas B. Bennett 14342185
82911 Beach Access Rd.
Umatilla OR 97882-9419

Chester Paul; brown #7582713
82911 Beach Access Rd.
Umatilla OR 97882-9419

Certificate of Filing

I hereby certify that this was placed in the outgoing mail at the legal library on 12-05-05 at TRCI.

RECEIVED
DEC 1 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT