# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5032**                        **September Term, 2005**

05cv01536

**Filed On:**

In re: Douglas B. Bennett,
        Petitioner

**BEFORE:** Ginsburg, Chief Judge, and Garland and Brown, Circuit Judges

### ORDER

Upon consideration of the notice of appeal, which the court has construed as a petition for writ of mandamus, the memorandum of law and fact in support thereof, and the motion for leave to proceed in forma pauperis, it is

**ORDERED** that the motion for leave to proceed in forma pauperis be granted. It is

**FURTHER ORDERED** that the petition for writ of mandamus be denied. The petition was filed after all the papers filed in the district court were sent to the United States District Court for the District of Oregon, and no electronic version of the pleadings is available. In these circumstances, the physical transfer of the original papers to another district where jurisdiction would lie deprives this court of jurisdiction to review the transfer. See Starnes v. McGuire, 512 F.2d 918, 924 (D.C. Cir. 1974) (en banc).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**Per Curiam**

*[signatures]*

*[FILED stamp: United States Court of Appeals for District of Columbia Circuit, FILED MAY 2 2 2006, CLERK]*

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk